**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| EDWARD STOBODZIAN | : No. 630 MAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| PNC FINANCIAL SERVICES GROUP, | : |
| T/D/B/A PNC BANK, N.A.; | : |
| ZAORSKI-YAROSZ ASSOC. T/D/B/A | : |
| VARSITY LAWN CARE, AND Y & E | : |
| LANDSCAPING, T/D/B/A VARSITY | : |
| LAWN CARE | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JOHN RECKLITIS, INDIVIDUALLY | : |
| AND/OR D/B/A J & J SNOWPLOWING, | : |
| JASON SAMLER, INDIVIDUALLY | : |
| AND/OR D/B/A J & J SNOWPLOWING | : |
| | : |
| | : |
| PETITION OF:  EDWARD STOBODZIAN | : |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 27th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.